UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ROBERT D. SANGO #252200,

    Plaintiff,

v.

JOHNATHON BRANDT, et al.,

    Defendants.
_____/

Case No. 1:19-CV-58

HON. GORDON J. QUIST

## ORDER ADOPTING REPORT AND RECOMMENDATION

On August 11, 2020, U.S. Magistrate Judge Phillip J. Green issued a Report and Recommendation (R. & R.), recommending that the Court grant Defendants' Motion to Dismiss. (ECF No. 46). The Court has reviewed the R. & R. No objections have been filed pursuant to 28 U.S.C. § 636(b). Thus, the Court will adopt the R. & R.

**THEREFORE, IT IS HEREBY ORDERED** that the August 11, 2020, Report and Recommendation (ECF No. 46) is **adopted** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion (ECF No. 40) is **granted** for the reasons set forth in the R. & R. Therefore, Plaintiff's claims are **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Stay the Summary Judgment Deadline (ECF No. 47) is **moot**.

This case is **concluded**.

A separate judgment will enter.

Dated: September 4, 2020

                                                  /s/ Gordon J. Quist
                                              GORDON J. QUIST
                                    UNITED STATES DISTRICT JUDGE